UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ELMO A. KNIGHT, JR., | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:03CV0084 AGF |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). Plaintiff is the prevailing party in this action challenging the Commissioner of Social Security's denial of Plaintiff's application for disabled adult child insurance benefits. Plaintiff requests fees for 5.2 hours at the hourly rate of $156.25 for attorney services, and for .1 hour at the hourly rate of $60.00 for the services of a case administrator employed by counsel's law firm, for a total request of $818.50 ($812.50 + $6.00, respectively). The request for fees is supported by appropriate documentation and is unopposed by the Commissioner. The documentation reflects that the tasks performed by the case administrator were not merely clerical, but rather were tasks traditionally performed by an attorney. Thus the fees for the case administrator are recoverable. See Stockton v. Shalala, 36 F.3d 49, 50 (8th Cir. 1994).

Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $818.50. [Doc. #27]

**IT IS FURTHER ORDERED** that said fees shall be made payable to Gateway Legal Services, Inc.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day June, 2005.